JOSIAH COLONY, Appellee.

*against*

ALFRED HATHAWAY, Appellant.

VERDICT for the defendant at the last term; when *House* and *A. Marsh*, counsel for the plaintiff, moved for a rule upon *Harrington* and *Rice*, attornies to the defendant, to shew cause why the verdict in said cause should not be set aside and a new trial granted; because the plaintiff says, that one Judge alone presided, and held the Court for the trial of said cause, when in fact the two other Judges of the Court were not interested in the trial of said cause, or had been of counsel for either party.

Rule granted by *Jacob*, Judge, *December* term, 1801.

Motion for new trial, because one Judge sat alone in the hearing to the Jury, and another member of the Court was not interested, or had been counsel for either party.

36

Colony
v.
Hathaway.

The facts are: This cause came on for trial the last stated term; the Chief Judge and *Jacob*, Assistant Judge, present; the first Assistant Judge absent, but not interested in the trial of the cause, nor had he been of counsel to either party. The Chief Judge declined giving any opinion in the cause, as he was in affinity with the appellant. Some conversation was held at the bar upon the propriety of Judge *Jacob's* sitting alone; but the Judge observed, that as the parties seemed equally desirous of a trial, the cause might proceed, reserving to the losing party the privilege of having the legality of the proceedings of the Court decided upon a motion for a new trial, to be entered at the present, but argued at the adjourned term, when the absent Judge would be in Court. This was agreed to by the parties, and the trial proceeded.

*Vermont* Stat. vol. 1. p. 56. s. 7.

The statute provision on which the motion is predicated is, " that if two of the Judges in the trial of any cause shall be interested, or shall have been of counsel for either party in said cause, in every such case one Judge shall hold the Court for the trial of such cause."

And now at this term the motion was argued, *Tyler* and *Jacob*, Judges, present; but the Court being divided, the former Judge for setting aside and the latter for supporting the verdict, the motion did not prevail, and a new trial was not granted.

Rule discharged.

*Levi House* and *Amos Marsh*, for plaintiff.

*W. C. Harrington* and *Thaddeus Rice*, for defendant.